UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RPM FREIGHT SYSTEMS, LLC,

    Plaintiff,

v.

SVB EXPRESS, INC.,

    Defendant.
_____/

Case No. 24-11215

Hon. F. Kay Behm

## JUDGMENT

In accordance with the court's order dated July 25, 2025, granting summary judgment in favor of Plaintiff, it is **ORDERED** that judgment is entered in favor of Plaintiff and against Defendant in the amount of $765,016.80.

**SO ORDERED.**

Dated: August 19, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge